# EXHIBIT 1

**Exhibit 1**

**U.S. Patent No. 11,208,758 Applied to HTVRont Hat Press**

| 18. A heat press comprising: | HTVRont Hat Press is advertised and labeled as a heat press.  |
|---|---|

1

| a body including a first end and a second end; | HTVRont Hat Press has a body including a first end (bottom) and second end (top).  |

2

| | |
|---|---|
|  | |
| a heat plate including a metallic member at least partially embedded in a plate and located proximate the first end of the body, the heat plate | HTVRont Hat Press has a heat plate including a metallic member at least partially embedded in a plate and located proximate the first end of the body. |

| configured to engage ironable materials; | <br><br>The heat plate is configured to engage ironable materials. |
|---|---|
| a handle located proximate the second end of the body and configured to withstand forces from a user; | HTVRont Hat Press has a handle located proximate the second end (top) of the body. |

4

| | |
|---|---|
| | <br><br>The handle is configured to withstand forces from a user. |
| a substrate located within the handle; | HTVRont Hat Press has a substrate located within the handle. |



| | |
|---|---|
| a cover covering a portion of the body and the handle; | HTVRont Hat Press has a cover covering a portion of the body and the handle.<br><br> |

6

| | |
|---|---|
|  | |
| a control compartment spaced away from and at least indirectly electrically coupled to the heat plate; | HTVRont Hat Press has a control compartment spaced away from and at least indirectly electrically coupled to the heat plate. |

| | |
|---|---|
|  | |
| an insulation portion positioned between the control compartment and the heat plate; and | HTVRont Hat Press has an insulation portion positioned between the control compartment and the heat plate. |

8

| | |
|---|---|
|  | |
| an electrical circuit located in contact with the substrate. | HTVRont Hat Press has an electrical circuit located in contact with the substrate. |

9

