# EXHIBIT 2

**Exhibit 2**

**U.S. Patent No. 11,208,758 Applied to HTVRont Mini**

| 18. A heat press comprising: | HTVRont Mini is advertised and labeled as a heat press.  | HTVRont Mini 3 is advertised and labeled as a heat press. |
|---|---|---|
| a body including a first end and a second end; | HTVRont Mini has a body including a first end (bottom) and second end (top). | HTVRont Mini 3 has a body including a first end (bottom) and second end (top). |





2



| a heat plate including a metallic member at least partially embedded in a plate and located proximate the first end of the body, the heat plate configured to engage ironable materials; | HTVRont Mini has a heat plate including a metallic member at least partially embedded in a plate and located proximate the first end of the body. | HTVRont Mini 3 has a heat plate including a metallic member at least partially embedded in a plate and located proximate the first end of the body. |
|---|---|---|

3





4

| | The heat plate is configured to engage ironable materials. | The heat plate is configured to engage ironable materials. |
|---|---|---|
| a handle located proximate the second end of the body and configured to withstand forces from a user; | HTVRont Mini has a handle located proximate the second end (top) of the body.<br><br><br><br>The handle is configured to withstand forces from a user. | HTVRont Mini 3 has a handle located proximate the second end (top) of the body.<br><br>The handle is configured to withstand forces from a user. |

| a substrate located within the handle; | HTVRont Mini has a substrate located within the handle. | HTVRont Mini 3 has a substrate located within the handle. |
|---|---|---|
| |  |  |
| a cover covering a portion of the body and the handle; | HTVRont Mini has a cover covering a portion of the body and the handle. | HTVRont Mini 3 has a cover covering a portion of the body and the handle. |





| a control compartment spaced away from and at least indirectly electrically coupled to the heat plate; | HTVRont Mini has a control compartment spaced away from and at least indirectly electrically coupled to the heat plate.<br><br> | HTVRont Mini 3 has a control compartment spaced away from and at least indirectly electrically coupled to the heat plate.<br><br> |
|---|---|---|

8



| an insulation portion positioned between the control compartment and the heat plate; and | HTVRont Mini has an insulation portion positioned between the control compartment and the heat plate.  | HTVRont Mini 3 has an insulation portion positioned between the control compartment and the heat plate.  |
|---|---|---|

10

| | | |
|---|---|---|
| an electrical circuit located in contact with the substrate. | <br>HTVRont Mini has an electrical circuit located in contact with the substrate. | <br>HTVRont Mini 3 has an electrical circuit located in contact with the substrate. |

11

 

12