# EXHIBIT 3

**Exhibit 3**

**U.S. Patent No. 11,208,758 Applied to HTVRont**

| 18. A heat press comprising: | HTVRont is advertised and labeled as a heat press.  |
| --- | --- |

1

| | |
|---|---|
| a body including a first end and a second end; | HTVRont has a body including a first end (bottom) and second end (top).<br><br> |
| a heat plate including a metallic member at least partially embedded in a plate and located proximate the first end of the body, the heat plate configured to engage ironable materials; | HTVRont has a heat plate including a metallic member at least partially embedded in a plate and located proximate the first end of the body.<br><br><br><br>The heat plate is configured to engage ironable materials. |

2

| | |
|---|---|
| |  |
| a handle located proximate the second end of the body and configured to withstand forces from a user; | HTVRont has a handle located proximate the second end (top) of the body.<br><br><br><br>The handle is configured to withstand forces from a user. |

3

<table>
<tr><td></td><td></td><td></td></tr>
<tr><td>a substrate located within the handle;</td><td>HTVRont has a substrate located within the handle.<br><br></td><td></td></tr>
</table>

4

| | |
|---|---|
| a cover covering a portion of the body and the handle; | HTVRont has a cover covering a portion of the body and the handle.<br><br> |
| a control compartment spaced away from and at least indirectly electrically coupled to the heat plate; | HTVRont has a control compartment spaced away from and at least indirectly electrically coupled to the heat plate. |

5





6

| | |
|---|---|
| an insulation portion positioned between the control compartment and the heat plate; and | HTVRont has an insulation portion positioned between the control compartment and the heat plate. |
| an electrical circuit located in contact with the substrate. | HTVRont has an electrical circuit located in contact with the substrate. |

7

