# EXHIBIT 4

Case 2:24-cv-00744-RJS-DAO    Document 1-5    Filed 10/04/24    PageID.65    Page 1 of 21

**Exhibit 4**

**U.S. Patent No. 11,905,646 Applied to HTVRont Mini**

| 1. A heat press comprising: | HTVRont Mini is advertised and labeled as a heat press. | HTVRont Mini 3 is advertised and labeled as a heat press. |
|---|---|---|
| |  | |
| a heat plate configured to engage ironable materials; | HTVRont Mini has a heat plate. | HTVRont Mini 3 has a heat plate. |

1



The heat plate is configured to engage ironable materials.



The heat plate is configured to engage ironable materials.

| | | |
|---|---|---|
| a control compartment spaced away from and at least indirectly electrically coupled to the heat plate; and | HTVRont Mini has a control compartment spaced away from and at least indirectly electrically coupled to the heat plate.<br> | HTVRont Mini 3 has a control compartment spaced away from and at least indirectly electrically coupled to the heat plate.<br> |
| an insulation portion positioned between the control compartment and the heat plate, | HTVRont Mini has an insulation portion positioned between the control compartment and the heat plate. | HTVRont Mini 3 has an insulation portion positioned between the control compartment and the heat plate. |

3



| wherein the insulation portion comprises glass reinforced nylon, the glass reinforced nylon comprising a first layer of insulating material, and | The insulation portion comprises glass reinforced nylon, the glass reinforced nylon comprising a first layer of insulating material.  Fig. 2: 429319-6, Mini Press - Priority #2, Off-White Internal Piece | On information and belief, the insulation portion comprises glass reinforced nylon, the glass reinforced nylon comprising a first layer of insulating material.  |

5

| | | |
|---|---|---|
| | <table><tr><th>Sample ID</th><th>Description</th><th>IR Test Result</th><th>IR Spectra #</th></tr><tr><td>429319-1</td><td>Mini Press - Priority #1, Black Skirt</td><td>polyester, glass fibers, talc</td><td>1</td></tr><tr><td>429319-2</td><td>Mini Press - Priority #2, Off-white Internal Piece</td><td>nylon, glass fibers</td><td>2</td></tr><tr><td>429319-3</td><td>Mini Press - Priority #3, Off-White Insulation</td><td>melamine, glass fibers, talc, Inorganic filler similar to calcium borosilicate</td><td>3</td></tr><tr><td>429319-4</td><td>Large Press - Priority #1, Black Component A</td><td>nylon, glass fibers, talc</td><td>4</td></tr><tr><td>429319-5</td><td>Large Press - Priority #2, Black Component B</td><td>nylon, glass fibers, talc</td><td>5</td></tr><tr><td>429319-6</td><td>Large Press - Priority #3, Off-White Insulation</td><td>melamine, glass fibers, talc, Inorganic filler similar to calcium borosilicate</td><td>6</td></tr><tr><td>429319-7</td><td>Large Press - Priority #4, White Insulation</td><td>glass fibers, inorganic filler similar to aluminum silicate</td><td>7</td></tr></table><br>Table 1: Sample Information and Test Results | |
| wherein the insulation portion further comprises a second layer of insulating material, the second layer of insulating material comprising glass fibers. | The insulation portion further comprises a second layer of insulating material, the second layer of insulating material comprising glass fibers. | On information and belief, the insulation portion further comprises a second layer of insulating material, the second layer of insulating material comprising glass fibers. |

6



Fig. 3: 429319-3, Mini Press - Priority #3, Off-White Insulation



| Sample ID | Description | IR Test Result | IR Spectra # |
|---|---|---|---|
| 429319-1 | Mini Press - Priority #1, Black Skirt | polyester, glass fibers, talc | 1 |
| 429319-2 | Mini Press - Priority #2, Off-white Internal Piece | nylon, glass fibers | 2 |
| 429319-3 | Mini Press - Priority #3, Off-White Insulation | melamine, glass fibers, talc, Inorganic filler similar to calcium borosilicate | 3 |
| 429319-4 | Large Press - Priority #1, Black Component A | nylon, glass fibers, talc | 4 |
| 429319-5 | Large Press - Priority #2, Black Component B | nylon, glass fibers, talc | 5 |
| 429319-6 | Large Press - Priority #3, Off-White Insulation | melamine, glass fibers, talc, Inorganic filler similar to calcium borosilicate | 6 |
| 429319-7 | Large Press - Priority #4, White Insulation | glass fibers, inorganic filler similar to aluminum silicate | 7 |

Table 1: Sample Information and Test Results

7

| 8. A heat press comprising: | HTVRont Mini is advertised and labeled as a heat press. | HTVRont Mini 3 is advertised and labeled as a heat press. |
|---|---|---|
| |  | |
| a heat plate configured to engage ironable materials; | HTVRont Mini has a heat plate. | HTVRont Mini 3 has a heat plate. |

8

| | | |
|---|---|---|
| |

The heat plate is configured to engage ironable materials. |

The heat plate is configured to engage ironable materials. |

| a control compartment spaced away from and at least indirectly electrically coupled to the heat plate; and | HTVRont Mini has a control compartment spaced away from and at least indirectly electrically coupled to the heat plate.<br> | HTVRont Mini 3 has a control compartment spaced away from and at least indirectly electrically coupled to the heat plate.<br> |
|---|---|---|
| an insulation portion positioned between the control compartment and the heat plate; | HTVRont Mini has an insulation portion positioned between the control compartment and the heat plate. | HTVRont Mini 3 has an insulation portion positioned between the control compartment and the heat plate. |

10



| | | |
|---|---|---|
| wherein the insulation portion comprises glass reinforced nylon; and | The insulation portion comprises glass reinforced nylon.<br><br><br><br>Fig. 2: 429319-6, Mini Press - Priority #2, Off-White Internal Piece | On information and belief, the insulation portion comprises glass reinforced nylon.<br><br> |

12

| Sample ID | Description | IR Test Result | IR Spectra # |
|---|---|---|---|
| 429319-1 | Mini Press - Priority #1, Black Skirt | polyester, glass fibers, talc | 1 |
| 429319-2 | Mini Press - Priority #2, Off-white Internal Piece | nylon, glass fibers | 2 |
| 429319-3 | Mini Press - Priority #3, Off-White Insulation | melamine, glass fibers, talc, Inorganic filler similar to calcium borosilicate | 3 |
| 429319-4 | Large Press - Priority #1, Black Component A | nylon, glass fibers, talc | 4 |
| 429319-5 | Large Press - Priority #2, Black Component B | nylon, glass fibers, talc | 5 |
| 429319-6 | Large Press - Priority #3, Off-White Insulation | melamine, glass fibers, talc, Inorganic filler similar to calcium borosilicate | 6 |
| 429319-7 | Large Press - Priority #4, White Insulation | glass fibers, inorganic filler similar to aluminum silicate | 7 |

Table 1: Sample Information and Test Results

| | | |
|---|---|---|
| wherein the heat plate includes a plurality of pressure points, wherein contact between the heat plate and the insulation portion is limited to the plurality of pressure points. | The heat plate includes a plurality of pressure points and the contact between the heat plate and the insulation portion is limited to the plurality of pressure points.<br><br> | The heat plate includes a plurality of pressure points and the contact between the heat plate and the insulation portion is limited to the plurality of pressure points.<br><br> |

13

| 14. A heat press comprising: | HTVRont Mini is advertised and labeled as a heat press.  | HTVRont Mini 3 is advertised and labeled as a heat press. |
|---|---|---|
| a heat plate configured to engage ironable materials; | HTVRont Mini has a heat plate. | HTVRont Mini 3 has a heat plate. |

14



The heat plate is configured to engage ironable materials.



The heat plate is configured to engage ironable materials.

| a handle configured to withstand forces from a user and a substrate located within the handle; | HTVRont Mini has a handle configured to withstand forces from a user. | HTVRont Mini 3 has a handle configured to withstand forces from a user. |
|---|---|---|
| |  HTVRont Mini 3 has a substrate located within the handle |  HTVRont Mini 3 has a substrate located within the handle |

16

| | | |
|---|---|---|
| |  |  |
| a control compartment spaced away from and at least indirectly electrically coupled to the heat plate; and | HTVRont Mini has a control compartment spaced away from and at least indirectly electrically coupled to the heat plate. | HTVRont Mini 3 has a control compartment spaced away from and at least indirectly electrically coupled to the heat plate. |

17

| an insulation portion positioned between the control compartment and the heat plate and including a first layer of insulating material, |  HTVRont Mini has an insulation portion positioned between the control compartment and the heat plate and including a first layer of insulating material. |  HTVRont Mini 3 has an insulation portion positioned between the control compartment and the heat plate and including a first layer of insulating material. |
| --- | --- | --- |

18



| wherein ends of the substrate are fastened to the insulation portion. | The ends of the substrate are fastened to the insulation portion.  | The ends of the substrate are fastened to the insulation portion.  |
|---|---|---|

20