# EXHIBIT 5

**Exhibit 5**

**U.S. Patent No. 11,905,646 Applied to HTVRont**

| 1. A heat press comprising: | HTVRont is advertised and labeled as a heat press.  |
| --- | --- |

1

| a heat plate configured to engage ironable materials; | HTVRont has a heat plate.  The heat plate is configured to engage ironable materials.  |

| a control compartment spaced away from and at least indirectly electrically coupled to the heat plate; and | HTVRont has a control compartment spaced away from and at least indirectly electrically coupled to the heat plate.  |
| --- | --- |

| | |
|---|---|
| |  |
| an insulation portion positioned between the control compartment and the heat plate, | HTVRont has an insulation portion positioned between the control compartment and the heat plate. |



| | |
|---|---|
| wherein the insulation portion comprises glass reinforced nylon, the glass reinforced nylon comprising a first layer of insulating material, and | The insulation portion comprises glass reinforced nylon, the glass reinforced nylon comprising a first layer of insulating material. |



Fig. 4: 429319-4, Large Press - Priority #1, Component A



Fig. 5: 429319-5, Large Press - Priority #2, Component B

| Sample ID | Description | IR Test Result | IR Spectra # |
|---|---|---|---|
| 429319-1 | Mini Press - Priority #1, Black Skirt | polyester, glass fibers, talc | 1 |
| 429319-2 | Mini Press - Priority #2, Off-white Internal Piece | nylon, glass fibers | 2 |
| 429319-3 | Mini Press - Priority #3, Off-White Insulation | melamine, glass fibers, talc, Inorganic filler similar to calcium borosilicate | 3 |
| 429319-4 | Large Press - Priority #1, Black Component A | nylon, glass fibers, talc | 4 |
| 429319-5 | Large Press - Priority #2, Black Component B | nylon, glass fibers, talc | 5 |
| 429319-6 | Large Press - Priority #3, Off-White Insulation | melamine, glass fibers, talc, Inorganic filler similar to calcium borosilicate | 6 |
| 429319-7 | Large Press - Priority #4, White Insulation | glass fibers, inorganic filler similar to aluminum silicate | 7 |

Table 1: Sample Information and Test Results

| | |
|---|---|
| wherein the insulation portion further comprises a second layer of insulating material, the second layer of insulating material comprising glass fibers. | The insulation portion further comprises a second layer of insulating material, the second layer of insulating material comprising glass fibers. |

8



Fig. 6: 429319-6, Large Press - Priority #3, Off-White Insulation



Fig. 7: 429319-7, Large Press - Priority #4, White Insulation

10

| Sample ID | Description | IR Test Result | IR Spectra # |
|---|---|---|---|
| 429319-1 | Mini Press - Priority #1, Black Skirt | polyester, glass fibers, talc | 1 |
| 429319-2 | Mini Press - Priority #2, Off-white Internal Piece | nylon, glass fibers | 2 |
| 429319-3 | Mini Press - Priority #3, Off-White Insulation | melamine, glass fibers, talc, Inorganic filler similar to calcium borosilicate | 3 |
| 429319-4 | Large Press - Priority #1, Black Component A | nylon, glass fibers, talc | 4 |
| 429319-5 | Large Press - Priority #2, Black Component B | nylon, glass fibers, talc | 5 |
| 429319-6 | Large Press - Priority #3, Off-White Insulation | melamine, glass fibers, talc, Inorganic filler similar to calcium borosilicate | 6 |
| 429319-7 | Large Press - Priority #4, White Insulation | glass fibers, inorganic filler similar to aluminum silicate | 7 |

Table 1: Sample Information and Test Results

| | |
|---|---|
| 8. A heat press comprising: | HTVRont is advertised and labeled as a heat press. |

11

| | |
|---|---|
|  | |
| a heat plate configured to engage ironable materials; | HTVRont has a heat plate. |



The heat plate is configured to engage ironable materials.



13

| a control compartment spaced away from and at least indirectly electrically coupled to the heat plate; and | HTVRont has a control compartment spaced away from and at least indirectly electrically coupled to the heat plate.  |

14

| | |
|---|---|
| |  |
| an insulation portion positioned between the control compartment and the heat plate; | HTVRont has an insulation portion positioned between the control compartment and the heat plate. |



| | |
|---|---|
| wherein the insulation portion comprises glass reinforced nylon; and | The insulation portion comprises glass reinforced nylon. |

16



Fig. 4: 429319-4, Large Press - Priority #1, Component A



Fig. 5: 429319-5, Large Press - Priority #2, Component B

| Sample ID | Description | IR Test Result | IR Spectra # |
|---|---|---|---|
| 429319-1 | Mini Press - Priority #1, Black Skirt | polyester, glass fibers, talc | 1 |
| 429319-2 | Mini Press - Priority #2, Off-white Internal Piece | nylon, glass fibers | 2 |
| 429319-3 | Mini Press - Priority #3, Off-White Insulation | melamine, glass fibers, talc, Inorganic filler similar to calcium borosilicate | 3 |
| 429319-4 | Large Press - Priority #1, Black Component A | nylon, glass fibers, talc | 4 |
| 429319-5 | Large Press - Priority #2, Black Component B | nylon, glass fibers, talc | 5 |
| 429319-6 | Large Press - Priority #3, Off-White Insulation | melamine, glass fibers, talc, Inorganic filler similar to calcium borosilicate | 6 |
| 429319-7 | Large Press - Priority #4, White Insulation | glass fibers, inorganic filler similar to aluminum silicate | 7 |

Table 1: Sample Information and Test Results

| | |
|---|---|
| wherein the heat plate includes a plurality of pressure points, wherein contact between the heat plate and the insulation portion is limited to the plurality of pressure points. | The heat plate includes a plurality of pressure points  |

19

| | |
|---|---|
| | The contact between the heat plate and the insulation portion is limited to the plurality of pressure points.<br><br> |
| 9. A heat press comprising: | HTVRont is advertised and labeled as a heat press. |

20



| | |
|---|---|
| a body having a first end and a second end opposite the first end; | HTVRont has a body including a first end (bottom) and second end (top) opposite the first end. |

21

| | |
|---|---|
| |  |
| an insulation portion positioned within the body between the first end and the second end; | HTVRont has an insulation portion positioned within the body between the first end and the second end. |



| | |
|---|---|
| a heat plate located at the first end of the body and configured to engage ironable materials; and | HTVRont has a heat plate located at the first end of the body. |

23



The heat plate is configured to engage ironable materials.



| a handle, a hand clearance area, and a control panel forming the second end of the body, the control panel | HTVRont has a handle, a hand clearance area, and a control panel forming the second end of the body. |
|---|---|

24

| | |
|---|---|
| comprising a display having a planar surface, |   The control panel comprises a display having a planar surface.   |

| | |
|---|---|
| wherein the hand clearance area is defined by a concave portion of the second end of the body, | The hand clearance area is defined by a concave portion of the second end of the body.  |
| wherein a first plane extending perpendicular to the heat plate and bisecting the handle along a longitudinal axis of the handle is offset from the control panel such that the first plane does not intersect the control panel, and | A first plane extending perpendicular to the heat plate and bisecting the handle along a longitudinal axis of the handle is offset from the control panel such that the first plane does not intersect the control panel. |

26



| | |
|---|---|
| wherein a second plane coincident with the planar surface of the display and extending from the planar surface of the display intersects the handle and extends over the concave portion. | A second plane coincident with the planar surface of the display and extending from the planar surface of the display intersects the handle and extends over the concave portion. |



| | |
|---|---|
| 12. A heat press comprising: | HTVRont is advertised and labeled as a heat press. |



| | |
|---|---|
| a body having a first end and a second end opposite the first end; | HTVRont has a body including a first end (bottom) and second end (top) opposite the first end. |



| an insulation portion positioned within the body between the first end and the second end; | HTVRont has an insulation portion positioned within the body between the first end and the second end. |
|---|---|



| a heat plate located at the first end of the body and configured to engage ironable materials; and | HTVRont has a heat plate located at the first end of the body. |
|---|---|



The heat plate is configured to engage ironable materials.



| | |
|---|---|
| a handle, a hand clearance area, and a control panel forming the second end of the body, | HTVRont has a handle, a hand clearance area, and a control panel forming the second end of the body.  |
| wherein the hand clearance area is defined by a concave portion of the second end of the body, | The hand clearance area is defined by a concave portion of the second end of the body. |

33



| | |
|---|---|
| wherein the concave portion comprises a curved surface having an apex, | The concave portion comprises a curved surface having an apex. |

| | |
|---|---|
| |  |
| wherein the apex of the curved surface is closer to the first end of the body than the control panel, and | The apex of the curved surface is closer to the first end of the body than the control panel. |

35

| | |
|---|---|
| |  |
| wherein a plane extending perpendicular to the heat plate and bisecting the handle along a longitudinal axis of the handle is offset from the control panel such that the plane does not intersect the control panel. | A plane extending perpendicular to the heat plate and bisecting the handle along a longitudinal axis of the handle is offset from the control panel such that the plane does not intersect the control panel. |

36



| 14. A heat press comprising: | HTVRont is advertised and labeled as a heat press. |
|---|---|



| | |
|---|---|
| a heat plate configured to engage ironable materials; | HTVRont has a heat plate. |



The heat plate is configured to engage ironable materials.



| a handle configured to withstand forces from a user and a substrate located within the handle; | HTVRont has a handle configured to withstand forces from a user.   HTVRont has a substrate located within the handle |
| --- | --- |

40



| | |
|---|---|
| a control compartment spaced away from and at least indirectly electrically coupled to the heat plate; and | HTVRont has a control compartment spaced away from and at least indirectly electrically coupled to the heat plate. |

41





| | |
|---|---|
| an insulation portion positioned between the control compartment and the heat plate and including a first layer of insulating material, | HTVRont has an insulation portion positioned between the control compartment and the heat plate and including a first layer of insulating material.  |
| wherein ends of the substrate are fastened to the insulation portion. | The ends of the substrate are fastened to the insulation portion. |

43

|  |  |
|  |  |