# EXHIBIT 7

## Exhibit 7

**U.S. Patent No. D910,724 Applied to HTVRont**

Cricut D724
Fig 1



Accused Product
HTVRont Mini Heat Press Machine



Cricut D724
Fig 2

Accused Product
HTVRont Mini Heat Press Machine





27

Cricut D724
Fig 3



Accused Product
HTVRont Mini Heat Press Machine



Cricut D724
Fig 4



Accused Product
HTVRont Mini Heat Press Machine



29

Cricut D724
Fig 5



Accused Product
HTVRont Mini Heat Press Machine



30

Cricut D724
Fig 6

Accused Product
HTVRont Mini Heat Press Machine





Cricut D724
Fig 7

Accused Product
HTVRont Mini Heat Press Machine





Cricut D724
Fig 1



Accused Product
HTVRont Mini3 Heat Press Machine



33

Cricut D724
Fig 2

Accused Product
HTVRont Mini3 Heat Press Machine





34

Cricut D724
Fig 3

Accused Product
HTVRont Mini3 Heat Press Machine





35

Cricut D724
Fig 4



Accused Product
HTVRont Mini3 Heat Press Machine



36

Cricut D724
Fig 5



Accused Product
HTVRont Mini3 Heat Press Machine



Cricut D724
Fig 6

Accused Product
HTVRont Mini3 Heat Press Machine





38

Cricut D724
Fig 7



Accused Product
HTVRont Mini3 Heat Press Machine



39