# EXHIBIT 9

**Exhibit 9**

**U.S. Patent No. D1,029,090 Applied to HTVRont**

1

Cricut D090
Fig 1

Accused Product
HTVRont LokLik Cutting Machine



