UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| CRICUT, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> HUNAN SIJIU TECHNOLOGY, CO. LTD.; HUNAN SIJIU ELECTRONIC TECHNOLOGY CO., LTD; and GUANGDONG RONGTU TECHNOLOGY CO., LTD, <br><br> Defendants. | **ORDER GRANTING UNOPPOSED MOTION TO STAY (DOC. NO. 24)** <br><br> Case No. 2:24-cv-00744 <br><br> Chief District Judge Robert J. Shelby <br><br> Magistrate Judge Daphne A. Oberg |

Defendants have filed a motion to stay this case pending proceedings before the United States International Trade Commission ("USITC").[1]  For the reasons stated in the motion, and where the motion is unopposed, the motion[2] is GRANTED.  This case is STAYED pending the conclusion of USITC proceedings.[3]  **The parties are ordered to file a status report every 120 days updating the court on the status of the USITC**

---

[1] (Doc. No. 24.)

[2] (Doc. No. 16.)

[3] *See* 28 U.S.C. § 1659 (mandating stay when the patents asserted in a civil action are under USITC investigation).  The requirements of 28 U.S.C. § 1659 are met here, as explained in the motion.

**proceedings, with the first report due on May 1, 2025**.  The parties shall also file a

status report within fourteen days of the conclusion of the USITC proceedings.

DATED this 2nd day of January, 2025.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge

2