Matthew L. Lalli (6105)
Jeremy J. Stewart (12247)
Aline Marie H. Longstaff (16089)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT 84101
Telephone: (801) 257-1900
mlalli@swlaw.com
jjstewart@swlaw.com
alongstaff@swlaw.com

*Attorneys for Plaintiff Cricut, Inc.*

David J. Tobin (*pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
2801 North Harwood Street Suite 2600
Dallas, TX 75201
Telephone: (214) 210-2793
dtobin@mwe.com

Jay H. Reiziss (*pro hac vice*)
Alexander P. Ott (*pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
500 North Capitol Street, NW
Washington, DC 20001
Telephone: (202) 756-8000
jreiziss@mwe.com
aott@mew.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| CRICUT, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>HUNAN SIJIU TECHNOLOGY, CO. LTD., *et al.*,<br><br>        Defendants. | **JOINT STATUS REPORT**<br><br>Case No. 2:24-cv-00744<br><br>District Judge Robert J. Shelby<br>Magistrate Judge Daphne A. Oberg |

Plaintiff Circuit, Inc. and Defendants Hunan Sijiu Technology Co. Ltd, Hunan Sijiu Electronic Technology Co., LTD, and Guangong Rongtu Technology Co., Ltd (together the "**Parties**") hereby submit this *Joint Status Report* as ordered by the Court (*see* ECF No. 27). The Parties represent that the proceedings before the United States International Trade Commission

2

("**USITC**") are not concluded. The Parties understand that the stay previously entered by the Court on January 2, 2025 (ECF No. 27) is still in effect.

DATED this 29th day of December, 2025.

SNELL & WILMER L.L.P.


/s/ Aline Marie H. Longstaff
Matthew L. Lalli
Jeremy J. Stewart
Aline Marie H. Longstaff

*Attorneys for Plaintiff*


DATED this 29th day of December, 2025.

**DLA PIPER LLP**


/s/ Helena D. Kiepura
Helena D. Kiepura
(*Electronic signature affixed with permission*)

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December 2025, I caused a true and correct copy of the foregoing **JOINT STATUS REPORT** to be filed with the Court and served upon counsel of record via the Court's electronic filing system.

/s/ Debbie Withers
Legal Administrative Assistant
Snell & Wilmer L.L.P.